IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOHN JENKINS                                                                                     PLAINTIFF

VERSUS                                                                                   NO. 3:10CV47-M-A

WILLIAM ROGERS, In His Individual Capacity                          DEFENDANT

NOTICE OF DEPOSITION

To:   W. Brett Harvey, Esq.
      Phelps Dunbar
      P.O. Box 23066
      Jackson, MS 39225-3066
      harveyb@phelps.com

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 30(b), at the time and place set forth herein, the undersigned, attorney of record for John Jenkins, will take the deposition(s) upon oral examination of the person(s) listed below before a notary public or other officer authorized by law to administer oaths:

      NAME:      William Rogers
      DATE:      Thursday, September 15, 2011
      TIME:      2:00 p.m.
      PLACE:     Phelps Dunbar
                 201 South Spring Street, Suite 700
                 Tupelo, Mississippi 38804

The oral examination(s) shall continue from day to day until completed. You are notified to appear and take such part in the examination as you deem proper.

DATED:     September 12, 2011

/s/ Victor Israel Fleitas

_____

        VICTOR I. FLEITAS
        MS BAR NO. 10259

Victor I. Fleitas, P.A.
Post Office Box 7117
Tupelo, MS 38802-7117
662.840.0270 (Phone)
662.840.1047 (Fax)
fleitasv@bellsouth.net (E-mail)

Attorney for Jim Giles

CERTIFICATE OF SERVICE

    I hereby certify that on September 12, 2011 I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    W. Brett Harvey, Esq.
    Phelps Dunbar
    P.O. Box 23066
    Jackson, MS 39225-3066
    harveyb@phelps.com

    This the 12th day of September, 2011.

/s/ Victor Israel Fleitas

_____

        VICTOR I. FLEITAS